```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
_____
PAUL L. BROWN, II               :
                                :
            Plaintiff           :   Hon. Stanley R. Chesler
                                :   Civil No. 04-2608
                                :
        v.                      :
                                :   ORDER
AT&T Corp., et al.,             :
                                :
            Defendants.         :
_____
```

**CHESLER, U.S. District Court Judge**

**THIS MATTER** comes before the Court upon Defendant's Motion for Summary Judgment; and the Court having considered the papers submitted by the parties and having heard oral argument on August 15, 2005;

**IT IS**, for the reasons set forth on the record at oral argument, on this 16th day of August, 2005

**ORDERED** that Defendant's Motion [dkt. no. 8] is **GRANTED**.

                                      Stanley R. Chesler, U.S.D.J./s
                                      STANLEY R. CHESLER
                                      U.S. District Court Judge